IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN M. CUNNINGHAM, SR., | |
| Plaintiff, | No. 3:12-CV-934 |
| v. | (JUDGE CAPUTO) |
| JOHN DOE, et al., | (MAGISTRATE JUDGE BLEWITT) |
| Defendants. | |

## ORDER

**NOW** this 6th day of September, 2012, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 17) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

(2) The Report and Recommendation (Doc. 17) is **ADOPTED**.

(3) Plaintiff's claims for monetary damages against Defendants in their official capacities be **DISMISSED WITH PREJUDICE**.

(4) Plaintiff's request for an injunction be **DISMISSED WITH PREJUDICE**.

(5) Plaintiff's request for declaratory relief be **DISMISSED WITH PREJUDICE**.

(6) Defendant DCP Medical Department be **DISMISSED WITH PREJUDICE**.

(7) Count I of Plaintiff's Amended Complaint (Doc. 12) be **DISMISSED WITHOUT PREJUDICE**.

(8) Counts II and III of Plaintiff's Amended Complaint (Doc. 12) be **DISMISSED WITH PREJUDICE**.

(9) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge