IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN M. CUNNINGHAM, SR.,

    Plaintiff,

    v.

JOHN DOE, et al.,

    Defendants.

No. 3:12-CV-934

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this \_\_6th\_\_ day of September, 2012, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 17) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

(2) The Report and Recommendation (Doc. 17) is **ADOPTED**.

(3) Plaintiff's claims for monetary damages against Defendants in their official capacities be **DISMISSED WITH PREJUDICE**.

(4) Plaintiff's request for an injunction be **DISMISSED WITH PREJUDICE**.

(5) Plaintiff's request for declaratory relief be **DISMISSED WITH PREJUDICE**.

(6) Defendant DCP Medical Department be **DISMISSED WITH PREJUDICE**.

(7) Count I of Plaintiff's Amended Complaint (Doc. 12) be **DISMISSED WITHOUT PREJUDICE**.

Case 3:12-cv-00934-ARC   Document 19   Filed 09/06/12   Page 2 of 2

(8) Counts II and III of Plaintiff's Amended Complaint (Doc. 12) be **DISMISSED WITH PREJUDICE**.

(9) The Clerk of Court is directed to mark the case as **CLOSED**.

*/s/ A. Richard Caputo*
A. Richard Caputo
United States District Judge